| ARNOLD ROMAIN | * | NO. 2020-CA-0243 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| BROOKS RESTAURANTS, INC., BROOKS HOLDINGS, LLC, AND SENTINEL INSURANCE COMPANY | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

*RBW* **BARTHOLOMEW-WOODS, J., CONCURS**

I respectfully concur in the result.